IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                          CASE NO. 13-04087-MCF

JUANITA SANTIAGO TORO                           CHAPTER 13

DEBTOR

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **JUANITA SANTIAGO TORO** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated July 3, 2013, herewith and attached to this motion.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Juanita Santiago Toro and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 3rd day of July, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                             Case No. <u>3:13-bk-4087</u>

<u>SANTIAGO TORO, JUANITA</u>                           Chapter <u>13</u>

          Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: _____   ☑ AMENDED PLAN DATED: <u>7/03/2013</u>
☐ PRE ☐ POST-CONFIRMATION         Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | <u>150.00</u> x | <u>42</u> = $ | <u>6,300.00</u> | |
| $ | <u>280.00</u> x | <u>18</u> = $ | <u>5,040.00</u> | |
| $ | _____ x | _____ = $ | _____ | |
| $ | _____ x | _____ = $ | _____ | |
| $ | _____ x | _____ = $ | _____ | |

TOTAL: $ <u>11,340.00</u>

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x_____ = $ _____

PROPOSED BASE: $ _____ <u>11,340.00</u>

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ <u>2,861.00</u>

Signed: <u>/s/ JUANITA SANTIAGO TORO</u>
      Debtor

_____
      Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Debtor(s) consents to the LIFT of STAY in favor of First Bank, account 2735 (paid by third party). The Trustee will not make any disbursement to FirstBank's auto loan account 2735 (claim no. 5-1).**

**Late filed claims filed by creditors will receive no distribution. Debtor reserves the right to object claims after plan confirmation.**

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**          Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

SANTIAGO TORO, JUANITA
HC 03 BOX 4946
GURABO, PR  00778

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, PR  00639

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

RADIO SHACK
PO BOX 8181
GRAY, TN  37615-0181

ADVANCE AUTO PARTS
5008 AIRPORT RD NW
ROANOKE, VA  24012-1601

SAMS
PO BOX 965004
ORLANDO, FL  32896-5004

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ  07101-1270

VAN RU CREDIT CORP.
1350 E TOUHY AVE STE 100E
DES PLAINES, IL  60018-3307

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

WALMART
PO BOX 530927
ATLANTA, GA  30353-0927

FIA CSNA
PO BOX 982235
EL PASO, TX  79998

FIRST BANK
PO BOX 19327
SAN JUAN, PR  00910-1427

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

MASSO GOLD
PO BOX 446
CAGUAS, PR  00726-0446